No. 05–8614.  CARTER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 05–8616.  RIVERA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–8619.  RAMSEY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 05–8620.  SANDOVAL *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 05–8625.  TUCKER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 05–8627.  CARRION *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 05–8631.  DIGNO MEZA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–8632.  JARSO ET AL. *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 05–8635.  JOHNSON *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 05–8636.  MARCELENO *v.* EVANS, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–8637.  RAGSDALE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 05–8642.  WILLIAMS, AKA CLARKSON *v.* UNITED STATES. C. A. 11th Cir.  Certiorari denied.

No. 05–8643.  WOODS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.